December 1, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

ANTONIO NUTALL, Appellant

NO. 14-10-01038-CV                   V.

AMERICAN EXPRESS CENTURION BANK, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, American Express Centurion Bank, signed September 3, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, American Express Centurion Bank, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.